LINDA PALERMO *v.* PATRICIA ULATOWSKI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 97 Conn. App. 521 (AC 26065), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Linda Palermo,* pro se, in support of the petition.

Decided October 31, 2006

STATE OF CONNECTICUT *v.* LUIS GALARZA

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 444 (AC 26646), is denied.

*Mark Rademacher,* assistant public defender, in support of the petition.

*C. Robert Satti, Jr.,* senior assistant state's attorney, in opposition.

Decided October 31, 2006

LARRY L. DAIGNEAULT *v.* CONSOLIDATED CONTROLS CORPORATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 27562) is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Larry L. Daigneault,* pro se, in support of the petition.

*Glenn A. Duhl,* in opposition.

Decided October 31, 2006